**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RHONA TORRES,**

Plaintiff,

**vs.** **CASE NO. ________________________**

**ADVANCED CALL CENTER**
**TECHNOLOGIES, LLC**
**(a Georgia company),**

Defendant.
____________________________________/

**COMPLAINT**
**JURY DEMAND**

## INTRODUCTION

1. Plaintiff alleges Defendant violated the Telephone Consumer Protection Act, 42 U.S.C. § 227 *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337 and 47 U.S.C. § 227(b)(3). *See* Mims v. Aarow Financial Services, LLC, 132 S. Ct. 740 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, RHONA TORRES is a natural person and a citizen of the State of Florida, residing in Hillsborough County in the Middle District of Florida.

4. Defendant, ADVANCED CALL CENTER TECHNOLOGIES, LLC is a foreign business corporation organized and existing under the laws of the State of Georgia with its principal place of business and corporate offices in Berwyn, Pennsylvania.

**FACTUAL ALLEGATIONS**

5. Beginning on or about October 4, 2012, Defendant, or another party acting on its behalf, began using an automatic telephone dialing system or a pre-recorded or artificial voice to place daily, repeated telephone calls to Plaintiff's cellular telephone number.

6. Plaintiff's cellular telephone number is 813-[redacted]-7174.

7. Plaintiff is the regular, customary user and carrier of the cellular telephone number 813-[redacted]-7174.

8. From October 4, 2012 to December 5, 2012, Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place no less than 144 telephone calls to Plaintiff's cellular aforementioned cellular telephone number.

9. Defendant placed the telephone calls to Plaintiff's cellular telephone number in an attempt to collect a debt alleged owed by Plaintiff's daughter, Marielena Lewczyk f/k/a Marielena Torres Wetherbee for a QVC "QCARD" account ending in 5391 issued by GE Capital Retail Bank n/k/a Syncrhony Bank.

10. The telephone calls placed by Defendant originated from various telephone numbers belonging to Defendant, including, but not limited to:

877-597-1385

866-268-3371

866-445-6538

877-320-9563

11. On most days, Defendant placed three telephone calls per day to Plaintiff's aforementioned cellular telephone number.

12. In addition to the frequency and pattern of the telephone calls, Defendant's records will show that that the telephone calls were made to Plaintiff's cellular telephone with an automatic telephone dialing system or a pre-recorded or artificial voice.

13. Defendant initiated each of the calls at issue to Plaintiff's aforementioned cellular telephone number without the "prior express consent" of Plaintiff as required by the TCPA, 47 U.S.C. § 227(b)(1)(A).

14. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. § 227 (b)(1)(A).

15. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## AUTOMATED OR PRE-RECORDED CALLS TO PLAINTIFF'S CELLULAR TELEPHONE IN VIOLATION OF THE TCPA, 47 U.S.C. § 227 (b)(1)(A)(iii)

16. Plaintiff incorporates Paragraphs 1 through 14 above as if fully set forth herein.

17. Defendant, or another party acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C. § 227 (b)(1)(A)(iii).

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;
b. A declaration that Defendant's calls violate the TCPA;
c. A permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and
d. Such other or further relief as the Court deems proper.

**JURY DEMAND**

Plaintiff demands trial by jury.

*s/ James Giardina*
[ X ] James S. Giardina – Trial Counsel
Fla. Bar No. 0942421
[ ] Kimberly H. Wochholz
Fla. Bar No. 0092159
**The Consumer Rights Law Group, PLLC**
3104 W. Waters Avenue, Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
James@ConsumerRightsLawGroup.com
Kim@ConsumerRightsLawGroup.com
***Counsel for Plaintiff***